FILED IN OPEN COURT
ON 2/6/08
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-117-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAYMOND A. RENFROW, d/b/a Ideal Tax ) <br> Service and First Class Limousine, ) <br> ) <br> Defendant. ) | **ORDER TO SHOW CAUSE** |

**Defendant Raymond A. Renfrow, Jr. IS ORDERED to appear before this Court and TO SHOW CAUSE as to why he should not be held in contempt of Court based on his failure to attend the Court ordered mediation on February 6, 2008. The hearing in this matter shall be held on Tuesday, February 19, 2008 at 2:00 p.m., in the Fifth Floor Courtroom of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina. Failure of the defendant to attend the Show Cause Hearing will result in the imposition of sanctions and costs against the defendant.**

DONE AND ORDERED in Open Court at Raleigh, North Carolina this 6th day of February, 2008.

DAVID W. DANIEL
UNITED STATES MAGISTRATE JUDGE