IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


UNITED STATES OF AMERICA,)
                         )
              Plaintiff,  )
                         )
         -vs-            ) No.  5:07-CV-117(FL)
                         )
RAYMOND A. RENFROW,      )
Individually and d/b/a   )
IDEAL TAX SERVICES and   )
FIRST CLASS LIMOUSINE,    )
                         )
              Defendant.  )


UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI


UNITED STATES OF AMERICA,)
                         )
              Plaintiff,  )
                         )
         -vs-            ) No.  4:07-0621-CV-DW
                         )
JAMES E. ALDRIDGE, JR.,  )
Individually and as the  )
Trustee of the CONCEPT   )
MARKETING INTERNATIONAL  )
TRUST,                   )
                         )
              Defendant. )

        THE DEPOSITION OF YVONNE PATRICIA HUTSON,
produced, sworn and examined on behalf of the
Plaintiffs, pursuant to Notice, on Monday, February
11, 2008, at the offices of the United States
Attorney, 400 East Ninth Street, Fifth Floor, in
the City of Kansas City, in the County of Jackson
and State of Missouri, before me,

            ALISON A. TRACY, CCR #554
               Certified Court Reporter
                  State of Missouri

JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri
Missouri        Kansas        Toll Free        Fax        Email

GOVERNMENT
EXHIBIT
E

Case 5:07-cv-00117-FL Document 26-2 Filed 03/14/08 Page 1 of 42

1   program you decided to be in and then that was your

2   monthly purchase order.

3   Q   What kind of different programs did they have or

4   did they have at that time?

5   A   They just had different levels as far as within

6   the -- it has been a long time ago.  I apologize.

7   They had the, I guess it was the Silver Streak, the

8   Eagle, Double Eagle, that type of level.  And I

9   can't remember all the levels right now but that's

10  kind of what that was.

11  Q   Do you remember what level you chose?

12  A   It was probably the Silver Streak level which was I

13  guess the small one or the starter one, whatever

14  that was, so that's the one that I started with.

15  Q   So if someone went to a CMI seminar and decided I

16  would like to join this and I want to join at say

17  the lowest level because I don't have a ton of

18  money to put into this every month, and so one

19  enters into that purchasing agreement and signs up

20  as a member, what happens next?  Briefly tell me

21  how the CMI program works.

22  A   Basically it is a referral program.  It is direct

23  sales.  Persons who come in are referred through

24  some other member in the company.  Once that is

25  done, that person can choose to either just make

Case 5:07-cv-00117-FL   Document 26-7   Filed 03/14/08   Page 2 of 42

1    their monthly purchases for, which is the coins,

2    and if they want to do a business, they could, and

3    for the steps to be taken as far as how they should

4    go about doing that business.

5  Q  You said that CMI is a program of direct sales.

6    What would you say is the product that you are

7    selling?

8  A  The direct sales is actually the Silver Eagle, the

9    coin, the Silver Eagle coin.

10 Q  So when you approach a potential referral, what

11   would you tell that potential referral about the

12   advantages of membership, why they should join?

13 A  At that time it was one where if you want to earn

14   some additional money, I guess, you could do that

15   part-time, referring persons to the program.  Other

16   than that, at the time that was about it.  So it

17   was a way of showing people how to earn some

18   additional income.  And then once they did that,

19   then they would be able to go to the seminars to

20   learn whatever else they needed to learn as far as

21   how to be effective I guess in the referral

22   business, I guess.

23 Q  So are you able, as part of CMI, are you able to

24   sell coins to non members?

25 A  Not that I'm aware of, no.

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri        Kansas        Toll Free        Fax        Email

Case 5:07-cv-00117-FL  Document 26-2  Filed 03/14/08  Page 3 of 42

1  Q  So as part of the direct sales, in order to make

2     the sale you have to convince the person to join

3     CMI?

4  A  I wouldn't so much say convince, it is just

5     whatever the literature that we have as far as

6     explaining to them what the company is about or

7     what you have to do.  I think that would be where

8     we would be not so much convincing but it would

9     just give them some information on what the company

10    is about and what they can do within the company if

11    they chose to.

12 Q  And if a customer chose to join CMI they would make

13    their monthly purchase and they would receive the

14    coins, and in addition if they wanted to make money

15    they could do that by bringing in other referrals

16    into the company?

17 A  Correct.

18 Q  And how does that work?  Do you receive a

19    commission on any sales that they may make?

20 A  There are commissions.  Every referral that the

21    person brings in there is a referral fee that that

22    customer or that client does get and that's how the

23    income is made from that.

24 Q  Since 1998, '99 or 2001, since the time that you

25    began working with CMI, how many referrals have you

| | | |
|---|---|---|
| 1 | A | A portion of it, yes. |
| 2 | Q | Which portion? |
| 3 | A | Probably the home-based business section, the table |
| 4 | | of contents.  That's pretty much about it.  I |
| 5 | | haven't seen -- well the mileage log and things |
| 6 | | like that, but some of the others I don't |
| 7 | | recognize, I haven't seen. |
| 8 | Q | But you said you recognize the home-based business |
| 9 | | part? |
| 10 | A | Yes. |
| 11 | Q | Does that include like -- were you referring to |
| 12 | | these pages in here? |
| 13 | A | Yes. |
| 14 | Q | Labeled 10210 through 10212? |
| 15 | A | Yes. |
| 16 | Q | Where have you seen that before? |
| 17 | A | That has been at one of the seminars. |
| 18 | Q | And do you know who was giving that seminar? |
| 19 | A | At the time it was probably some of the associates |
| 20 | | that gave it, that was doing the presentation which |
| 21 | | it is called, and that's some of the information |
| 22 | | that they had shown. |
| 23 | Q | Do you by any chance remember what they said |
| 24 | | about -- I'm looking at this particular page, |
| 25 | | 10210, it is marked at the bottom, do you by any |

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri          Kansas          Toll Free          Fax          Email

Case 5:07-cv-00117-FL Document 26-12 Filed 02/14/08 Page 5 of 42

1    chance remember what they may have said about that,

2    about the numbers and figures on that page?

3  A  I don't remember.  Like I say, it has been awhile

4    so I really don't remember.

5  Q  I'm going to show you another exhibit that has been

6    previously labeled Exhibit 7.  If you could take a

7    look at that document, that would be great.  Have

8    you ever seen any of that document before?

9  A  The first page, the page where it says the yearly

10   coin purchase report request, the CMI manual

11   purchase order form and the marketing and training

12   materials.  The rest I haven't seen.

13 Q  What is a CMI yearly coin purchase report request?

14 A  Members send a request in to find out how much they

15   paid as far as the purchases for the year so that's

16   a statement that is sent by the data processing

17   center and they send it to them so they can have it

18   for their tax information, if it should apply.  So

19   it tells them during a year how much the purchase

20   was and how many, I think this one is where it

21   gives them the amount that they spend on the coins.

22   I don't think it gives them how many coins that

23   they purchase but it gives them the amount of money

24   that they paid for the coins.

25 Q  And this would be the member would be purchasing --

1     let me start again. The member would be requesting

2     this information to prepare their taxes?

3  A  Correct.

4  Q  And it says here, at the top of the page it says

5     this is an expense report. So that would be a

6     report of --

7  A  It does give them the number of coins bought, yes.

8  Q  And that would be, that amount would then be

9     deducted as a business expense for their home-based

10    business?

11  A  That I don't know. It depends on how they set up

12    their home-based business. That part of it I

13    really don't know.

14  Q  If I could go back to the tax seminar that you

15    attended. If you had to summarize, what would be

16    the overall lesson that was taught at that seminar?

17  A  The one where I did go Mr. Renfrow did stress that

18    whatever your expenses were don't fabricate on your

19    taxes about that, make sure you put down clearly

20    what you have. If it is a deduction, it is a

21    deduction, if it is not, don't put it on there.

22    That's what he stressed a lot, to make sure that

23    you didn't work in any gray areas as far as your

24    taxes were concerned, in the particular seminar I

25    was in. He said whatever your business expenses

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri      Kansas      Toll Free      Fax      Email

Case 5:07-cv-00117-FL Document 26-2 Filed 03/14/08 Page 7 of 42

1    couldn't do something else.  I'm not -- I know I'm

2    not saying what I need to say.  But he never talked

3    about using your coins as a deduction, no, in that

4    particular sense, no.

5  Q  Okay.  I'm going to give you another document, this

6    one has been labeled Exhibit 9.  Have you seen that

7    pamphlet before?

8  A  Yes.

9  Q  If I could direct you to the second page, there is

10   a list of top 10 reasons not to attend this seminar

11   given.  I guess my first question would be, do you

12   know what seminar that was referring to?

13 A  It is probably, I guess probably any one that they

14   did at the time.  They did weekly seminars, I

15   believe weekly seminars, so it could have been

16   referring to one of those.

17 Q  So this pamphlet might have been something that

18   would have been handed out to someone who is

19   thinking about going to a seminar for the first

20   time?

21 A  Yes.

22 Q  The first seminar that you went to back in 1998 or

23   1999, do you remember if whoever was presenting

24   that seminar ever made any projections about how

25   much money you could make if you chose to become a

JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri        Kansas        Toll Free        Fax        Email

Case 5:07-cv-00117-FJG   Document 26-7   Filed 03/14/08   Page 8 of 42

1    customer sales associate with CMI?

2   A  No, I don't, I don't remember.

3   Q  And as far as the Silver Eagle coins are concerned,

4    what were you told by either Mr. Aldridge or

5    Mr. Renfrow or anybody giving these seminars about

6    whether or not the value of those silver coins

7    would increase or decrease?

8   A  We were told that as long as you held on to them

9    the value would increase as time went on, and

10    keeping them in mint condition that they would

11    increase in value.

12   Q  And so it was suggested that you hold on to them,

13    correct?

14   A  Correct.

15   Q  And that was referred to as a tangible asset

16    savings account?

17   A  Are you talking about the first time I went?

18   Q  Okay, yes, let's start there.

19   A  The first time I went, no, that was not, it was not

20    suggested to be a tangible savings asset account,

21    it was just holding on to the coins for future use,

22    I guess hedge against inflation. And it would be a

23    good thing to have. Later on it went into saving

24    the coins as a tangible savings account where you

25    would again hold on to them for the longevity and

1       for a hedge against inflation.

2  Q  What is the difference between those two things?

3  A  There really isn't.  I think as, I guess as the

4      company progressed they decided that that's

5      actually what it was and so they moved forward to

6      doing that in stating that, in making that another

7      part of the program.

8  Q  It was just a change in terminology?

9  A  Correct.

10  Q  Going back to the Exhibit 9, the fifth reason on

11      the top 10 reasons not to attend the seminar list

12      is you already know how to reduce your tax

13      liability on this type of income by 97 percent or

14      more with full disclosure to the IRS.  Do you know

15      what that line is referring to?

16  A  No more than trying to see if you can -- probably

17      no more than trying to show you how you can reduce

18      your income taxes and staying within the laws of

19      the income tax, that's kind of what I think it

20      would mean.  But it may mean something else, I'm

21      not sure.

22  Q  Is that a statement that you heard either at

23      seminars or in other places while working at or

24      with CMI?

25  A  As I said, if they mentioned it, it has only been

Case 5:07-cv-00117-FL-88 Document 26-7 Filed 03/14/08 Page 10 of 42

1　Q　That's all I need for that one.　When did you first

2　　　become interested in setting up a trust?

3　A　I guess back in '99, I guess, 1999.

4　Q　Why?

5　A　That was one of the things that CMI was speaking of

6　　　in one of their seminars about setting up a trust

7　　　for asset management protection and so I thought at

8　　　the time it would be a good idea to do that.

9　Q　What does asset management protection mean?

10　A　Just to make sure that anything that you have --

11　　　well your assets as far as protecting from any

12　　　lawsuits, anything like that, anyone may be able to

13　　　try to go after you on and that's what that was,

14　　　that and estate planning.

15　Q　What does that mean?

16　A　The estate planning was really to help you set up

17　　　your estate as far as when you got ready to retire

18　　　you could be able to make sure you had everything

19　　　in place and manage as far as what you needed

20　　　during retirement.

21　Q　So the primary purpose behind these trusts was

22　　　asset protection?

23　A　Correct.

24　Q　In the event of a lawsuit?

25　A　Correct.

---

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri　　　　Kansas　　　　Toll Free　　　　Fax　　　　　　Email

1　Q　Were you particularly worried about being sued?

2　A　Not at that time, but I thought at the time to be

3　　　able to have it set up so that in the future I

4　　　would have everything set up for my family would be

5　　　secure, I guess.

6　Q　Do you know who gave this seminar where the concept

7　　　of trust was discussed?

8　A　Those are normally discussed as far as, not the

9　　　trust per se but about asset management stuff is

10　　　discussed in the workshops that the CMI had.

11　Q　And how many trusts did you set up?

12　A　It was probably four or five, somewhere around

13　　　there.

14　Q　Probably four or five?

15　A　I will say between four and seven.

16　Q　Can you name some of them for me?

17　A　It was a fiduciary trust which is the business

18　　　trust.

19　Q　What was that called?

20　A　The business trust, it was the family trust, the

21　　　family foundation, I believe, family charitable

22　　　trust.  There was, I think it was three utility

23　　　trusts in that, and one was set up as far as, had

24　　　something to do with your automobiles and I can't

25　　　remember what that was.

Case 5:07-cv-00117-EJL　Document 26-7　Filed 03/14/08　Page 12 of 42

| | | |
|---|---|---|
| 1 | Q | What did you do to establish these trusts? |
| 2 | A | There was an educational workshop that I went to |
| 3 | | and from that workshop was able to set up and |
| 4 | | develop the information for the trust. |
| 5 | Q | Was this educational workshop different than the |
| 6 | | CMI seminar where the concept of trust was first |
| 7 | | discussed? |
| 8 | A | Yes, this was different, yes. |
| 9 | Q | Was this workshop also a CMI workshop? |
| 10 | A | No. |
| 11 | Q | It was hosted by a different company? |
| 12 | A | Correct. |
| 13 | Q | Do you know what that company was called? |
| 14 | A | At the time it was, the only initials, NTS.  I |
| 15 | | forget what that stands for but it was NTS at that |
| 16 | | time. |
| 17 | Q | What was that?  Was that National Trust Services? |
| 18 | A | That could be it, yes. |
| 19 | Q | At that workshop you said that you received |
| 20 | | education in how to set up a trust? |
| 21 | A | Yes. |
| 22 | Q | What did they tell you at that workshop about how |
| 23 | | to set up the trust? |
| 24 | A | At the time they went through a series of questions |
| 25 | | for us.  They did some explaining of certain things |

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri          Kansas          Toll Free          Fax          Email

Case 3:07-cv-00117-FL   Document 26-12   Filed 09/14/08   Page 13 of 42

1     to us and they took information from us to draw up

2     certain documents in order to establish the trust,

3     and I think that's about it.

4  Q  Did you have to pay a fee to go to that workshop?

5  A  I don't know if you would call it a workshop, but

6     yes, there was a fee.

7  Q  How much was that fee?

8  A  It was 10,000.

9  Q  $10,000?

10 A  Uh-huh.

11 Q  And did you have to pay any other fees in order to

12    establish those trusts?

13 A  No.

14 Q  So the total cost to you then to establish those

15    trusts was $10,000?

16 A  Yes.

17 Q  I'm sorry, tell me again why you wanted to

18    establish these trusts.

19 A  Well at the time, as I said I was a widow at the

20    time and I wanted to make sure that I had my assets

21    protected and be able to work toward trying to put

22    money into the trust and make sure that when the

23    time came for me to retire I could do that and do

24    it properly.

25 Q  What do you mean by do it properly?  What was the

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri     Kansas     Toll Free     Fax     Email
816-421-2876    913-894-6800    1-800-652-1212    816-421-2482    bowen@johnmbowen.com

Case 5:07-cv-00117-FL  Document 26-7  Filed 03/14/08  Page 14 of 42

1     advantage of having a trust as opposed to simply

2     having your money in investments or a savings

3     account?

4  A  Well I guess at that particular time making sure

5     that we were able to do that.  There could have

6     been some way that we would be able to lessen the

7     tax liability that we had so that was part of it as

8     well.

9  Q  Because you said earlier you weren't particularly

10    worried about getting sued at the time.

11  A  Not at the time, no.

12  Q  Were a lot of people who attended these CMI

13    seminars were a lot of them worried about being

14    sued?

15  A  I don't know.  I can't speak for those persons.

16  Q  Sure.  The reason I ask is because it seems to me

17    that $10,000 is a lot of money to establish trusts.

18    That is a large investment, correct?

19  A  I understand.

20  Q  I'm going to hand you a document that has been

21    previously labeled Exhibit 4.  Do you recognize

22    that document?

23  A  Yes.

24  Q  Now you said previously that Cordell Hutson is your

25    son, correct?

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri        Kansas        Toll Free       Fax        Email

Case 5:07-cv-00117-FL  Document 20-17  Filed 03/14/08  Page 15 of 42

1   A   Correct.

2   Q   Now this is labeled the Declaration of Trust of

3       Hutson Enterprises Trust.

4   A   Correct.

5   Q   What was the purpose of this trust?

6   A   The purpose of this trust was, as I said it is a

7       business or fiduciary trust where this trust would

8       have income coming in for the family trust as a

9       family trust as its beneficiary.

10   Q   I'm not sure I understand what that means.  What is

11       a fiduciary trust?

12   A   Well it is just a trust that does business, that

13       can do business to earn income to support itself

14       or, as I said, the family trust that is its

15       beneficiary.

16   Q   Now you say that this trust earns income?

17   A   It can through --

18   Q   For the family trust?

19   A   Yes.

20   Q   How does this trust earn income?

21   A   It can have I guess businesses, it can through

22       investments, it can -- as for this one right now

23       for me as far as it is concerned I do work for

24       Hutson Enterprises Trust and that's through CMI.

25   Q   So you work for the trust at CMI and CMI pays the

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri     Kansas     Toll Free     Fax     Email
816-421-2876   913-894-8600   888-952-9212   816-421-2482   bowen@johnmbowen.com

1     trust?

2  A  Correct.

3  Q  Now what is the purpose of -- what's the purpose of

4     having income go through this trust before it goes

5     to the family trust?  Why not just work for the

6     family trust and have the money go directly to the

7     family trust?

8  A  Well, this is how that was explained to me.

9  Q  Okay.  So you just set it up the way they suggested

10     that you set it up?

11  A  Correct.

12  Q  Now, it states on here that this trust was created

13     by the family trust.

14  A  I don't think so.  I don't recall.

15  Q  I was looking at the top paragraph, it says, "This

16     agreement, conveyance and acceptance is made and

17     entered into at the time and on the date appearing

18     in the acknowledgment hereto attached, by and

19     between the Hutson Family Trust, grantor/creator

20     hereto, and Yvonne P. Hutson and Cordell Hutson,

21     Acceptors hereof in joint tenancy as Trustees who

22     shall comprise the Board of Trustees for conducting

23     the administration of the Trust hereby

24     established."

25  A  I don't know.

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri          Kansas          Toll Free          Fax          Email

Case 5:07-cv-00117-TJC Document 26-72 Filed 03/14/08 Page 17 of 42

1    Q    Well on the second page you signed as trustee for
2         the Hutson Family Trust, is that correct?
3    A    Okay, I see that.
4    Q    And so you are the trustee for the Hutson Family
5         Trust?
6    A    Correct.
7    Q    And you and your son are trustees for the Hutson
8         Enterprises Trust?
9    A    Correct.
10   Q    Is he also a trustee for the Hutson Family Trust?
11   A    Yes.
12   Q    Thank you.
13            (Deposition Exhibit No. 17 was marked for
14        identification.)
15   Q    I'm going to show you a document that I will label
16        Exhibit 17.  Do you recognize that document?
17   A    Yes.
18   Q    What is that document?
19   A    This is a 1040 tax form for Hutson Family Trust.
20   Q    Who prepared this tax form?
21   A    Mr. Renfrow, Ideal Tax Services.
22   Q    How did that process work?  Mr. Renfrow obviously
23        is in North Carolina, you live around here, so I'm
24        assuming that you guys did not meet in person to go
25        over your tax forms, would that be a good

1      assumption?

2  A    Correct.

3  Q    So how would you go about getting him to prepare

4      your tax returns?

5  A    I would send him information that he had sent me in

6      the manual that you had shown me earlier, but that

7      particular manual I don't recall having all of that

8      information, but he did send me forms or worksheets

9      that I would put the information on and send it

10     back to him and we would talk and discuss over the

11     phone what was proper and what was not so that's

12     how I was able to give him information for my

13     taxes.

14  Q   Now on the very last page of this tax return is the

15     schedule K1, and could you just confirm for me that

16     the -- what is the address listed for the Hutson

17     Family Trust?

18  A   It is 6104 Kentucky, Raytown, Missouri 64133.

19  Q   Is that the address for all of the trusts that you

20     established?

21  A   Correct.

22  Q   That is your personal residence?

23  A   That is the headquarters for the trust.  I don't

24     call this a personal residence per se for me.

25  Q   But that's where you live?

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri      Kansas      Toll Free      Fax      Email
816-324-2800   913-894-8800   888-353-1212   816-421-2499   bowen@johnmbowen.com

Case 5:07-cv-00117-FL  Document 26-7  Filed 03/14/08  Page 19 of 42

1  A  Correct.

2  Q  By the way, how do you pronounce the name of your

3     town?

4  A  Raytown.

5  Q  Raytown.  I have been very curious about that.

6     Thank you.

7         (Deposition Exhibit No. 18 was marked for

8     identification.)

9  Q  I'm going to show you another document.  Could you

10    take a look at that and let me know if you

11    recognize what that is.

12 A  Yes, this is a 1041 tax return for Hutson Family

13    Trust.

14 Q  This return would also have been prepared by

15    Mr. Renfrow?

16 A  Correct.

17 Q  If I could ask you a couple of questions based on

18    the information provided on the page labeled Other

19    Deductions Statement, it is the second to the last

20    page.  I was just hoping to go through the list of

21    these deductions that are claimed.  The first one,

22    trust headquarters insurance, that would be the

23    insurance on the building at 6104 Kentucky?

24 A  Correct.

25 Q  And that would be the same thing for the second

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri          Kansas          Toll Free          Fax          Email

Case 5:07-cv-00117-FL  Document 36-12  Filed 03/14/08  Page 20 of 42

1        listed deduction, trust headquarters utilities?

2     A  Correct.

3     Q  What would be administrative supplies?

4     A  Probably anything that was used for -- probably

5        postage, paper, stuff like that that is used for

6        the trust.

7     Q  I'm assuming bank fees are the fees for whatever

8        checking accounts and savings accounts the trust

9        had, is that correct?

10    A  Correct.

11    Q  Journals and subscriptions, what is that item?

12    A  That would deal with any publications that the

13       trust got as far as any, I guess any educational

14       tools or information that it needed to have.

15    Q  Well in 2003 do you remember what journals and

16       subscriptions the trust received?

17    A  At this time no, I don't.

18    Q  Line 7, the item listed is trust headquarters

19       telecommunications.  What is that item?

20    A  Phones and probably whatever, cable, phones and

21       cable.

22    Q  Cable.  Okay.  Line 8, trustee meetings, what is

23       that expense?

24    A  Where I went to some of the seminars and workshops

25       and any business probably that the trust had to do

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri          Kansas          Toll Free          Fax          Email

Case 5:07-cv-00117-FL Document 26-12 Filed 03/14/08 Page 21 of 42

| | | |
|---|---|---|
| 1 | | during that particular time. |
| 2 | Q | And then line 9, the trust headquarters property |
| 3 | | tax, would that be the state and local taxes on |
| 4 | | 6104 Kentucky? |
| 5 | A | Correct. |
| 6 | Q | On the next page, the next item listed is outside |
| 7 | | services and cleaning in parenthesis.  Is that also |
| 8 | | for 6104 Kentucky? |
| 9 | A | Yes. |
| 10 | Q | The next line, trust auto, what does that expense |
| 11 | | refer to? |
| 12 | A | That is for the lease of the automobile. |
| 13 | Q | What automobile does the trust own or lease? |
| 14 | A | Well at the time it was paying for the car that was |
| 15 | | purchased as far as me using it going back and |
| 16 | | forth to work and so that was the lease on the car |
| 17 | | for that. |
| 18 | Q | What kind of automobile is that? |
| 19 | A | That was a Q45. |
| 20 | Q | Infiniti? |
| 21 | A | Infiniti, '98, 1998. |
| 22 | Q | But that was the automobile for the trust? |
| 23 | A | Correct. |
| 24 | Q | Did you, in your personal capacity, own an |
| 25 | | automobile? |

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri          Kansas          Toll Free          Fax          Email

Case 5:07-cv-00117-FL   Document 26-7   Filed 03/14/08   Page 22 of 42

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Next line says trust headquarters maintenance. |
| 3 | | Would that just be -- I don't know. |
| 4 | A | Probably the maintenance on the building as far as |
| 5 | | any repairs, roofing, plumbing, things like that. |
| 6 | Q | And then finally two lines beneath that, trustee |
| 7 | | benefits, what would those refer to? |
| 8 | A | Probably the, could have been the -- either any |
| 9 | | income that was used for any personal expenses, |
| 10 | | things like that. |
| 11 | Q | Who are the beneficiaries of the Hutson Family |
| 12 | | Trust? |
| 13 | A | My children. |
| 14 | Q | And does the trust make regular disbursements to |
| 15 | | the beneficiaries? |
| 16 | A | No. |
| 17 | Q | So when, according to the trust documents, when do |
| 18 | | the beneficiaries receive any disbursements? |
| 19 | A | At this time they have not unless I -- not I, |
| 20 | | unless the trustees decide to dissolve the trust |
| 21 | | and they wouldn't receive disbursements. |
| 22 | Q | I'm sorry, unless the trustees decide to dissolve |
| 23 | | the trust? |
| 24 | A | As far as I know it is unless the trustees decide |
| 25 | | that they want to dissolve these trusts, and |

Case 5:07-cv-00117-F Document 26-7 Filed 03/14/08 Page 23 of 42

1    probably talking with the beneficiaries if that so

2    happens then yes, it would probably be business

3    disbursements to the beneficiaries at that time.

4  Q  But if the trust is not dissolved, if the trust is

5    not dissolved, if it remains intact, what do the

6    beneficiaries receive?

7  A  At this point, nothing.

8  Q  Will they at some point in the future?

9  A  Yes, once the trust becomes more solvent, I

10    believe, then they probably would be receiving

11    disbursements, yes.

12         (Deposition Exhibit No. 19 was marked for

13    identification.)

14  Q  I show you another document, this one is going to

15    be labeled Exhibit 19.  The building at 6104

16    Kentucky, could you describe it, please?

17  A  It is a tri-level building, two car garage,

18    driveway, back yard, front yard, four bedrooms, two

19    and a half baths, kitchen, dining room.

20  Q  So the legal description of it, the county or the

21    city would consider it a single family dwelling?

22  A  I would say yes.

23  Q  I'm going to show you another document, this one

24    has been labeled Exhibit 19.  Do you recognize that

25    document?

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105

| Missouri | Kansas | Toll Free | Fax | Email |
|---|---|---|---|---|
| 816-421-2876 | 913-894-8808 | 1-800-392-1212 | 816-421-2492 | bowen@johnmbowen.com |

Case 5:07-cv-00117-FL  Document 26-7  Filed 03/14/08  Page 24 of 42

1  A  Yes.

2  Q  What is that document?

3  A  Hutson Enterprises Trust 1041 tax form.

4  Q  At the bottom of the page it says that it was

5     prepared by Ideal Tax Services.  You understand

6     that to be Raymond Renfrow, is that correct?

7  A  As far as you mean the company itself?

8  Q  Or when it says Ideal Tax Services, to you when you

9     see Ideal Tax Services, who do you think prepared

10    your return?

11 A  Mr. Renfrow.

12 Q  That's all I meant.  On the schedule C that is

13    attached to Hutson Enterprises Trust it states that

14    the principal business or profession is consultant

15    and financial education.  I will wait for you to

16    find what I'm looking at.  It is the second to the

17    last page.  I just want to confirm that that's your

18    work with CMI?

19 A  Where is that at now again?

20 Q  The second line where it says the business is

21    consultant and financial education.

22 A  Okay.

23 Q  That's the work with CMI?

24 A  Correct.

25 Q  I just wanted to confirm that.  6104 Kentucky, at

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri          Kansas          Toll Free          Fax          Email

Case 5:07-cv-00117-FL Document 26-12 Filed 03/14/08 Page 25 of 42

| | | |
|---|---|---|
| 1 | | the time that you founded these trusts at that time |
| 2 | | you were the owner of 6104 Kentucky? |
| 3 | A | Correct. |
| 4 | Q | And that has since been transferred to the Hutson |
| 5 | | Family Trust? |
| 6 | A | Correct. |
| 7 | Q | And what other property was transferred to the |
| 8 | | Hutson Family Trust? |
| 9 | A | Basically that was it as far as contents of the |
| 10 | | home.  Other than that, that was it. |
| 11 | Q | So the things inside of the home were also |
| 12 | | transferred to the trust? |
| 13 | A | Correct. |
| 14 | Q | Including, I'm assuming that that would include |
| 15 | | furniture and the television and appliances and |
| 16 | | various types and stuff like that? |
| 17 | A | Yes. |
| 18 | Q | You said also that the trust received ownership of |
| 19 | | the vehicle? |
| 20 | A | No, it has not. |
| 21 | Q | It has not. |
| 22 | A | No. |
| 23 | Q | So the vehicle remains titled in your name? |
| 24 | A | Correct. |
| 25 | Q | So on the tax return that we were looking at a |

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105

| Missouri | Kansas | Toll Free | Fax | Email |
|---|---|---|---|---|
| 816-421-2630 | 913-621-8880 | 800-368-7212 | 816-421-2643 | jmbowen@johnmbowen.com |

Case 5:07-cv-00117-FJG   Document 26-7   Filed 03/14/08   Page 26 of 42

1    moment ago where it said where the trust deducted

2    auto expenses as a trust expense, is that because

3    the vehicle was being used for trust purposes?

4  A  Correct.

5  Q  And what are the official trust purposes of the

6    Hutson Family Trust?

7  A  To do anything that the trust family needs as far

8    as a trustee, doing the errands, taking care of

9    business for the trust, and whatever meetings and

10    things that the trustee needs to do that's what is

11    done.  I think that's about it.

12  Q  Is it safe to say that one of the purposes of the

13    Hutson Family Trust is to maintain the household

14    and to do, to get done day-to-day chores and

15    activities that the family requires?

16  A  Correct.

17  Q  And so if you were to go grocery shopping, for

18    example, you would use the same vehicle that you

19    would use to go to work, correct?

20  A  Correct.

21  Q  And would going grocery shopping be considered a

22    trust activity or a personal activity?

23  A  It would depend.  If it was for the family as far

24    as food and things like that, it would be a trust

25    business.  If I was doing something as far as you

Case 5:07-cv-00117-L Document 26-12 Filed 03/14/08 Page 27 of 42

1   say personal, then it would be personal.  So the

2   one vehicle, so that would be split duties, I

3   guess, if you want to call it that.

4   Q   Well how do you decide whether something is for the

5       purpose of the trust or personal?

6   A   Well, as I said, making sure -- well I try to make

7       sure that what I'm doing is for trust business.  If

8       it is personal, then I should be able to handle

9       that personally.  So I guess that's kind of how I

10      try to determine what I need to do as a trustee.

11  Q   But if the purpose of the trust or if part of the

12      purpose of the trust is to maintain the house and

13      provide for your children and stuff like that,

14      doesn't just about everything you do in one way or

15      another help that goal?

16  A   Help the goal for?

17  Q   Of providing for the family and maintaining the

18      home?

19  A   I guess I would say yes.  I'm not quite sure if I

20      understand.

21  Q   I don't know the age of your children but if, for

22      example, you were to pick up a child after school.

23  A   I see what you are saying.

24  Q   That would be helping to provide for the family so

25      would that therefore be a trust activity?

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri          Kansas          Toll Free          Fax          Email

Case 5:07-cv-00117-EL-88 Document 26-12 Filed 03/14/08 Page 28 of 42

```
 1    A   Correct, correct.

 2    Q   Now, you are one of the trustees for the Hutson

 3        Enterprises Trust?

 4    A   Correct.

 5    Q   And you stated I believe, correct me if I'm wrong,

 6        that Cordell Hutson is also one of the trustees on

 7        that trust?

 8    A   Correct.

 9    Q   Are there any other trustees for the Hutson

10        Enterprises Trust?

11    A   No.

12    Q   Who are the trustees for the Hutson Family Trust?

13    A   The same.

14    Q   What about for the family foundation?

15    A   They are all the same.

16    Q   They are all the same?

17    A   Correct.

18    Q   And you were the individual who initially created

19        all of these trusts, like at the very beginning you

20        would have been the grantor, correct?

21    A   Correct.

22    Q   What types of limitations have the trusts placed on

23        your use of the property that have been transferred

24        to the trust?

25    A   As far as I know there are none, no more than
```

Case 5:07-cv-00117-FL Document 26-7 Filed 03/14/08 Page 29 of 42

1      maintain the property, keeping up and managing what

2      needs to be done on a daily basis, that's it.

3   Q  You state or you just stated as far as you know

4      there are no limitations on your use of the

5      property.   Have you and your son ever disagreed on

6      how to use trust property?

7   A  No.

8   Q  Do the trust documents that you established place

9      any limitation on your ability to dispose of the

10     trust property?

11  A  Yes.

12  Q  What limitations have been placed upon you?

13  A  There has to be consensus from both trustees,

14     myself and my son.

15  Q  And any other limitations other than that?

16  A  Not that I know of.

17  Q  If you were to receive, if hypothetically something

18     were to come up and you wanted to relocate to St.

19     Louis or Chicago or somewhere, what steps would you

20     have to take in order to put the house at 6104

21     Kentucky on the market?

22  A  I don't know.   That's something I never thought

23     about, the trust never thought about, the trustees

24     never thought about, so I don't know what the

25     process would be.

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri          Kansas          Toll Free          Fax          Email

Case 5:07-cv-00117-FL  Document 26-17  Filed 05/14/08   Page 30 of 42

1   Q   But would you be able to do that?

2   A   I believe the trustees could.  We would have to

3       look at what the documents say as far as doing

4       that.  Again, like I said, I don't know.

5   Q   Well let me ask you the same question about a

6       different thing.  If you decide that you want to

7       purchase a new television and you want to get rid

8       of your old television, what steps do you need to

9       go through to have a garage sale or something or to

10      sell the old television on eBay?

11  A   Again, as I said, I don't know.  Again none of this

12      has ever come up.  My assumption would be that the

13      trustees would get together to agree or decide on

14      what needed to be done as far as a new TV within

15      the premises and go from there.  But the process

16      I'm not sure of how that is to be done.

17  Q   Have you made any purchases since setting up the

18      trust?

19  A   Yes.

20  Q   And what process did you go through?

21  A   Well again, we spoke and decided that the trust or

22      the headquarters needed certain items so we just

23      went on and did that, purchased that.

24  Q   What were those, or give me an example of some of

25      those items that the headquarters needed?

Case 5:07-cv-00117-FL   Document 26-7   Filed 03/14/08   Page 31 of 42

1  Q  So that would be the source of your personal funds?

2  A  Correct.

3  Q  You said that was a small pension.

4  A  Correct.

5  Q  So the majority of your money goes through the

6     Hutson Enterprises Trust?

7  A  Okay, I'm not understanding you now.

8  Q  What is the more significant source of income, the

9     pension or the money that is made working for the

10    Hutson Enterprises Trust?

11 A  The pension.

12 Q  Okay.  I guess I never got around to giving you

13    that.  I'm giving you a document labeled Exhibit 3.

14    I don't have any questions about this document, I

15    was simply hoping that you could verify for me what

16    it is.

17 A  This is the declaration of trust.  It says this

18    declaration of trust authorizes the trustees to

19    operate under the name of Hutson Family Trust and

20    this is duties for the trustees and how you should

21    go about handling and managing the trust.

22 Q  So you recognize this document as being the

23    document that set up the Hutson Family Trust?

24 A  Yes, a portion of it, yes.

25 Q  Actually I did have one question.  On the very

1     front here do you know whose signature that is?

2  A  That's looks like Roy Fritz.

3  Q  Roy Fritz. Who is he?

4  A  At the time he was one of the trustees as far as

5     when we did these documents.

6  Q  So he was someone associated with National Trust

7     Services?

8  A  Yes, sir.

9  Q  And so he became one of the first trustees of the

10    Hutson Family Trust?

11  A  Yes.

12  Q  How long was he a trustee?

13  A  Not very. I think that was done maybe three or

14    four days, something like that. I don't remember.

15  Q  And then would that have been when you became the

16    second trustee?

17  A  I believe so.

18  Q  All of these documents I have been showing you

19    there, they are from several years ago. Are all of

20    these trusts still in operation?

21  A  The only ones that are is the just the -- there is

22    only activity in the Hutson Enterprises Trust and

23    Hutson Family Trust. The other ones there is no

24    activity.

25  Q  Now, the way that you set up your trust through

Case 5:07-cv-00117-FL Document 26-12 Filed 03/14/08 Page 33 of 42

1    National Trust Services, did you depart in any way

2    from what was recommended to you?

3  A  I don't believe I did.

4  Q  So are the trusts that you set up, are these

5    typical trusts as far as what CMI recommends to

6    people?

7  A  Are we talking about now or then?

8  Q  Well, both.

9  A  As far as I know -- I believe they had changed as

10    far as who they referred to because I think NTS no

11    longer was in, was no longer doing this, I believe,

12    around 2000.  So as far as I know CMI did not, as

13    far as I know did not recommend any, how should I

14    say, no, they didn't recommend any of these trusts,

15    no, no.

16  Q  CMI didn't recommend any of them?

17  A  No.  That would have been through probably Liberty

18    Commerce Group is the ones who referred persons for

19    the information as far as going in to trust.

20  Q  Liberty Commerce Group, is that a local

21    organization?

22  A  That's an affiliate company of CMI.

23  Q  Do you know who runs Liberty Commerce Group?

24  A  It is a management group, the trustee I believe is

25    Mr. Aldridge.

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri     Kansas     Toll Free     Fax     Email
816-421-3555  913-894-8850  888-385-1212  816-421-4492  johnbowen@johnbowen.com

1   Q  I guess what I was asking though is not necessarily

2       did CMI specifically recommend this, but when you

3       went to the seminars for CMI and discussed asset

4       protection through the establishment of trusts and

5       they referred you to NTS, was this the general

6       idea?  Why were these the types of trusts they were

7       discussing?

8   A  I'm not sure how to answer that.  Yes and no.

9   Q  How would it be different?

10  A  They, in the workshop, not the seminar, but the

11      workshop, they did show a structure of the trust

12      that you could set up in that part, yes, they did,

13      they showed that through the workshop, yes.

14  Q  Well let me ask that same question a different way.

15      Is there anything that CMI said that you have to do

16      in order for a trust to be legitimate and set up

17      legally that you did not do?

18  A  No.

19  Q  Now your tax returns I believe for 2002 and 2003

20      were audited by the IRS, correct?

21  A  Yes.

22  Q  What was the result of that audit?

23  A  I went on and paid the taxes for '03 and '04

24      because they changed that from the 1041 to the 1040

25      as personal income so I went on and paid the '03

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri      Kansas      Toll Free      Fax      Email

Case 5:07-cv-00117-FL Document 26-12 Filed 03/14/08 Page 35 of 42

1     and '04.  And the '02 that's still pending.  I did

2     a petition on that one so it is still pending.

3  Q  Now did that pose -- when they adjusted your

4     income, were you able financially to cover the

5     change or did that pose a financial hardship for

6     you?

7  A  It posed a financial hardship.

8  Q  But you have succeeded in paying that?

9  A  Yes.

10  Q  Now, as a result of that audit have you altered the

11     way that, in the year since, have you changed the

12     way that you prepared your taxes?

13  A  From what the IRS did, yes, for '05 and '06 and '07

14     I have changed it according to the change in '03

15     and '04, yes.

16  Q  Do you believe that the IRS was incorrect in what

17     they did?

18  A  I still do but, as I said, I'm trying to make sure

19     that I do what I need to be done so I can kind of

20     get past all of this.  So I did file according to

21     how they had amended for '02, '03 and '04.

22  Q  Last couple of questions.  Do you still work over

23     at the Learning Center?

24  A  Yes.

25  Q  Do you know at the moment is everything there

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri     Kansas     Toll Free     Fax     Email
816-221-8850     913-851-8850     888-359-1212     816-421-2492     bowen@johnmbowen.com

Case 5:07-cv-00117-FL   Document 26-7   Filed 03/14/08   Page 36 of 42

```
 1        business as usual?

 2    A   Yes.

 3    Q   So does CMI still have seminars scheduled for the

 4        next couple of months?

 5    A   No.

 6    Q   No.  Okay.  So that wouldn't be, that would not be

 7        business as usual, correct?

 8    A   In that sense, correct.  As far as the workshops

 9        are concerned, those have not been done, and as far

10        as I know none have been scheduled for in the

11        future.

12    Q   Now, is that because of Mr. Aldridge's situation?

13    A   I believe so, yes.

14    Q   But other than that, the members are still

15        continuing to make their monthly purchases and are

16        still receiving the coins and will continue to do

17        so?

18    A   Correct.

19             MR. NOYES:  I think those are all the

20        questions that I have.  I do thank you again for

21        coming by here and I apologize for any

22        inconvenience.

23

24

25
```

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105

| Missouri | Kansas | Toll Free | Fax | Email |
|----------|--------|-----------|-----|-------|
| 816-471-2211 | 913-674-8802 | 800-335-1712 | 816-471-4903 | john@johnbowen.com |

Case 5:07-cv-00117-F   Document 26-7   Filed 03/14/08   Page 37 of 42

C E R T I F I C A T E

STATE OF MISSOURI )
                    ) ss.
COUNTY OF JACKSON )

      I, ALISON A. TRACY, a Certified Court
Reporter, do certify that pursuant to Notice, at
the offices of the United States Attorney, 400 East
9th Street, Fifth Floor, in the City of Kansas
City, in the County of Jackson and State of
Missouri,

                YVONNE PATRICIA HUTSON

came before me, was duly sworn to testify the whole
truth of her knowledge of the matters in
controversy aforesaid, was examined and her
examination then written in stenotype by me and
afterward typed, and subscribed by the witness as
hereinbefore set out, on the day in that behalf
aforesaid; and said deposition is herewith
returned.

      I further certify that I am not counsel,
attorney or relative of either party, or clerk or
stenographer of either party or of the attorney of
either party, or otherwise interested in the event
of this suit.

      IN WITNESS WHEREOF, I have hereunto set my
hand at my office in said County and State,
this ___13th___ day of __February__, 2008.




                                 _Alison A. Tracy_
                ALISON A. TRACY, CCR #554
                CERTIFIED COURT REPORTER
                STATE OF MISSOURI

**JOHN M. BOWEN & ASSOCIATES, COURT REPORTERS**
1930 Commerce Tower, 911 Main Street, Kansas City, Missouri 64105
Missouri        Kansas        Toll Free                   Email
816•421•2876   913•894•8800   1•888•352•1212   816•421•2482   bowen@johnmbowen.com

# SILVER STREAK

## What would you be willing to do to earn over $100,000 during the next 12 Months?

### In addition, CMI will teach you how to:

**ACQUIRE**
a Precious Metals portfolio of Silver and Gold at No Out-of-Pocket Cost!

**EARN**
18% to 40% APY, with an Exclusive Mutual Fund and Investment Account!

**REDUCE**
your Taxes on these Earnings by 97% with Full Disclosure to the IRS!

**CREATE**
an Income by Giving money to your Favorite Charity!

**PROTECT**
your Personal Assets and New Business from Lawsuit and Probate!



*"A DIFFERENT ECONOMIC REALITY"*

---

*Addl. ...nd Benefits:*

◆ **Additional Income Strategies** - Teaching you how to use your existing team to Double your earnings.

◆ **Investment Strategies** - Discover how to make your money work for you, instead of you working for your money.

◆ **Tax Planning Strategies** - Learn how to keep more of the money you earn.

◆ **Charitable Giving Strategies** - Teaching you how to make money by giving money to your favorite charity.

◆ **Estate Planning Strategies** - Master techniques to protect your new wealth from lawsuit and probate.

## Personal Invitation



You are **Welcome** to join the *SILVER STREAK* program provided:

◆ Your decision is based on the desire to achieve the **Goals** of the *SILVER STREAK* strategy.

◆ You make a **Commitment** to the **Task** of the *SILVER STREAK* program.

*The SILVER STREAK program produces important income in Silver Eagles and Cash. A Serious Effort will be required on everyone's part to make it happen.*



**"Working Together Works!"**

CMI urges you to get started **Now**, by sharing in the **success** of the many CMI members, through attending the **CMI Business Plan Seminar** in your area **Today**!

GOVERNMENT EXHIBIT
E-16

# COMMITTMENT$$$$$$$$$$$$$$

- Encourage each new team member to establish a **positive cash flow** as **quickly** as possible, to cover their **BDA**.

- **Remember,** if **you** and **everyone** in your sales organization makes a **minimum of six (6) sales** their **first** month, you could earn over **$8,000** your **fourth** month in the business...**minimum!**

- **Stress** to your team that they can have a **regular** monthly commission check that **grows** each month.

- **Secure** your **regular** check as **quickly** as possible with our **BDA** system.

- Keep in touch with your sales team each week.

*The SILVER STREAK is for people who want to accumulate Silver Eagles and commission checks every month as quickly as possible. Make sure this is the goal of every person on your sales team!*



*SILVER STREAK*
--Minimum Requirements--

1. You must be an **existing** customer of CMI to participate in the *SILVER STREAK* program. (The ABN meets this requirement.)

2. You must make two (2) **$80** *SILVER STREAK* purchases each month.

3. You must make a **minimum** of six (6) **personal** sales who duplicate your efforts.

---

Would you trade **6 months** of **COMMITTED EFFORT** to start earning over **$100,000** a year or more?
☐ YES  ☐ NO

Are you willing to make **(2) new $80 *SILVER STREAK* purchases** every month for the next 12 months?
☐ YES  ☐ NO

Are you willing to **sell** to 6 people **(2) new $80 *SILVER STREAK*** orders every month for the next 12 months?
☐ YES  ☐ NO

Are you **willing** and **able** to find **6 people** in one month who will make this same **commitment?**
☐ YES  ☐ NO

Will you **train** the people you sponsor to make this presentation?
☐ YES  ☐ NO

Will you **work** with your people until they are **comfortable** making this presentation?
☐ YES  ☐ NO

# SUGGESTIONS

- **LOCK IT IN!**

**Optional Bank Draft Agreement (BDA)**
CMI offers the option to send in your purchase each month with our Manual Purchase Order form or set up an automatic BDA.

**BDA Benefits:**

1. You must **buy** and **sell** every month in the *SILVER STREAK* sales strategy for this strategy to work. If you or your CSA team misses their purchase, this will cause a skip in your commissions. With the **BDA** system your sales are **locked in**, therefore your income is **locked in!**

2. With your full team **locked** into the **BDA** system, your income will **increase** every month without new people. This means the projected income figures represents the **least** your income will be!

- **Keep your presentation simple,** let them get the details in the full seminar.

- **Go see your prospect,** don't ask them to come to you. This is a very simple presentation to give. You will have a formal presentation as your back up if your prospect needs additional detailed information.

- Make **six (6) personal sales as quickly** as you can. Work with your **direct line;** the other commissions will take care of themselves.

---

*If you and your sales team will do the ___:*

- *Making the commitment*
- *Purchasing every month*
- *Selling every month*
- *Training your people*
- *Working with your people*

*You may refer to the following summary chart to see your projected earnings.*

## 6 MONTH EARNINGS SUMMARY

| MONTH | SILVER EAGLES | OUT-OF-POCKET PURCHASE | NET EARNINGS |
|---|---|---|---|
| 1 | 9 | $160 | $240.00 |
| 2 | 27 | $160 | $960.00 |
| 3 | 27 | $160 | $2,346.00 |
| 4 | 45 | $160 | $8,610.00 |
| 5 | 90 | $160 | $10,698.00 |
| 6 | 42 | $160 | $15,408.00 |
| 6 Month Totals | 240 | $960 | $38,262.00 |

Deductions for processing fees are not reflected.

$15,000.00 each month for the next 6 months is
$90,000.00 + $38,000.00 = $128,000.00

## $128,000.00 within a Year!



Plus over 500 Silver Eagles!!

# A...LYSIS$$$$$$$$$$$$$$$$$$$$$$$



## The Program:

1. Purchase two (2) **$80** *SILVER STREAK* coin orders each month.

2. Sell **six (6)** people, **two (2) $80** *SILVER STREAK* coin orders each month.

## Can you find:

1. A minimum of **six (6)** people who want to be earning **$15,000.00** per month in only **6 months**?

2. A minimum of **six (6)** people who will make their **purchase** each month and their minimum **sales** each month? (This is what it takes to make it happen.)

3. A minimum of **six (6)** people who believe the commissions earned are worth the time, expense and commitment involved in the effort?

## Consider:

1. You could be earning **$15,000** per month from a total sales cost of **only $160** a person, with the minimum number of people on your sales team. (**1,554 CSAs**)

2. **Six (6) personal sales** is the **minimum goal** for each person, every person beyond the minimum **greatly accelerates** your earnings.

3. Substantial gross monthly commissions ($1,52u) are generated as soon as **comm. (1)** and **comm. (2)** sales are in place. This means that a small sales team of **42** people can generate these significant commissions.

4. The **greater** the potential income, the **greater** the motivation for a person to become involved.

| net per month | | net per year | commissions in place |
|---|---|---|---|
| $960 | = | $11,520 | (1 and 2) |
| $2,346 | = | $28,152 | (1 + 2 and 3) |
| $8,610 | = | $103,320 | (1 + 2 + 3 and 4) |

**Still over $100,000 per year income!**

5. *SILVER STREAK* should exclude those who cannot make a **commitment** to make **two (2) $80** dollar purchases each month.

6. A person must be **willing** and **able** to enlist their **six (6)** regular CSAs **quickly** to generate a **positive cash flow**. **Time is of the essence!**

**These last two points should describe the type of prospect you should approach with this program.**

## Final Analysis:

$$ A person will have a **Positive Cash Flow** plus **Silver Eagles** as soon as he/she makes his/her **six (6) sales!**

$$ In **Month 1** you will receive your **Out-of-Pocket** cost back, plus a **profit** and **9 Silver Eagles!**

$$ After **1 Year** your income will exceed **$200,000** a year plus over **500 Silver Eagles!**

